

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-13-00912-CR

William Henry **JOHNSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CRN199 D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The reporter's record was originally due on February 11, 2014. On February 24, 2014, we granted the court reporter, Cynthia M. Perez Lenz, an extension and ordered her to file the reporter's record by April 11, 2014. We warned that no further extensions would be granted. Despite our order, Lenz has filed another notification of late reporter's record, requesting an extension to May 11, 2014.

We ORDER **Cynthia M. Perez Lenz** to file the reporter's record no later than **May 12, 2014**. If the reporter's record is not received by such date, an order may be issued directing Cynthia M. Perez Lenz to appear and show cause why she should not be held in contempt for failing to file the record.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court